UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE BELL,<br>        Plaintiff,<br>   v.<br>W. HANKS,<br>        Defendant. | Case No.  14-cv-00007-WHO<br><br>**ORDER OF TRANSFER** |

This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Lassen County, which is in the Eastern District.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  January 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HORACE BELL,

        Plaintiff,

  v.

W. HANKS et al,

        Defendant.

Case Number: CV14-00007 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Horace Bell J-42454
P.O. Box 3030 D8-120
Susanville, CA 96127

Dated: January 7, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk