IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE THOMAS, | No. 2:14-cv-0108-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| W. HANKS, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests leave to proceed in forma pauperis and has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff also submitted his request for leave to proceed under the imminent danger provision of 28 U.S.C. § 1915(g).

The PLRA's "three strikes" provision, found at 28 U.S.C. § 1915(g), provides:

> In no event shall a prisoner bring a civil action . . . under this section if the prisoner was, on three or more prior occasions, while incarcerated or detained . . ., brought an action . . . in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Id.

1        Thus, when a prisoner plaintiff has had three or more prior actions dismissed for
2 one of the reasons set forth in the statute, such "strikes" preclude the prisoner from proceeding in
3 forma pauperis unless the imminent danger exception applies.
4        Here, plaintiff was cautioned that this court has already determined he has filed at
5 least three cases which were dismissed for failure to state a claim.  See e.g., Bell v. Stiles, No.
6 1:12-cv-1925-MJS.  Plaintiff was directed that before the court would grant any application to
7 proceed in forma pauperis, he would be required to show he was under imminent danger of
8 serious physical injury at the time he filed this action.  He has submitted a statement indicating
9 the possibility of continuing danger of physical injury, considering the attack he suffered at issue
10 in his complaint and allegedly ordered by the sole defendant in this action, was carried out by
11 "skin heads" and he continues to be at risk of further attack regardless of which prison he is
12 housed.
13        The undersigned finds plaintiff's explanation sufficient, although questionable, to
14 meet the imminent danger provision.  Thus, his request to proceed in forma pauperis will be
15 granted.
16
17        To:       The California Department of Corrections and Rehabilitation
                     1515 S Street, Sacramento, California 95814:
18
19        Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action.
20 In addition to any initial partial filing fee required to be assessed, plaintiff will be obligated to
21 make monthly payments in the amount of twenty percent of the preceding month's income
22 credited to plaintiff's inmate trust account.  The agency referenced above is required to send to
23 the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's inmate
24 trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of
25 $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).
26 / / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (Docs. 16, 17) is granted;

2. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3. The director of the agency referenced above, or a designee, shall collect from plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment to be clearly identified by the name and number assigned to this action;

4. Thereafter, the director of the agency referenced above, or a designee, shall collect from plaintiff's inmate trust account the balance of the filing fee by collecting monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to plaintiff's inmate trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such payments to be clearly identified by the name and number assigned to this action;

5. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above;

6. The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.

DATED: March 26, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE