IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HORACE THOMAS,** | Case No. 2:14-cv-0108 GEB BMK |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER (DOC. 35)** |
| v. | |
| **W. HANKS,** | |
| Defendant. | |

Good cause appearing, Defendant's motion to modify the discovery and scheduling order is granted.  Defendant shall depose Plaintiff and file a motion to compel, if necessary, within sixty days of the date of this order.  Defendant shall file a dispositive motion within sixty days of the new deposition deadline.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 9, 2016.

  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge