IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORACE THOMAS, ) | 2:14-cv-00108-GEB-BMK |
| ) | |
| Plaintiff, ) | FINDINGS AND |
| ) | RECOMMENDATIONS TO GRANT |
| vs. ) | PLAINTIFF'S MOTION TO |
| ) | DISMISS (DOC. 38) |
| W. HANKS, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

FINDINGS AND RECOMMENDATIONS TO GRANT
PLAINTIFF'S MOTION TO DISMISS (DOC. 38)

On May 31, 2016, Plaintiff Horace Thomas filed a Motion to Dismiss his own case.  On June 1, 2016, Defendant Hanks filed a Statement of Non-Opposition, stating that he does not oppose Plaintiff's request.  The Court finds and recommends that Plaintiff's Motion to Dismiss be GRANTED.  See Fed. R. Civ. P. 41(a)(2) (authorizing the court to dismiss an action at the plaintiff's request after an answer has been filed).

These Findings and Recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after being served with these Findings and Recommendations, any party may file written objections with the Court.  Local

Rule 304(b).  Responses, if any, are due within fourteen (14) days after being served with the objections.  Local Rule 304(d).

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, June 1, 2016



     /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Horace Thomas v. W. Hanks, 2:14-cv-00108 GEB-BMK, FINDINGS AND RECOMMENDATIONS TO GRANT PLAINTIFF'S MOTION TO DISMISS (DOC. 38).